■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE L. MORRIS, Appellant. [893 NYS2d 798]—Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered November 6, 2008. The judgment convicted defendant, upon his plea of guilty, of criminal contempt in the first degree and criminal impersonation in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Lindley, Pine and Gorski, JJ.